IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | : |
| | : |
| Petitioner(s), | : |
| | : Case Number: 1:11cv307 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Peggy Cox, | : |
| | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 29, 2011 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b).  Since the parties have complied with the recommendations of the Court, objections are not necessary.

Accordingly, petitioner's motion to dismiss the complaint is **GRANTED** and the complaint against the respondent is **DISMISSED** with prejudice.

IT IS SO ORDERED.


                                              ___s/Susan J. Dlott_____
                                              Chief Judge Susan J. Dlott
                                              United States District Court